1
2
3
4
5
6
7
8                      **UNITED STATES DISTRICT COURT**
9                      **CENTRAL DISTRICT OF CALIFORNIA**
10

11    WILSON ORTEGA,                          **Case No. CV 12-9562 PSG (RAO)**

12                        Petitioner,

13          v.                                 **JUDGMENT**

14    MATTHEW CATE, Warden,

15                        Respondent.

16

17          Pursuant to the Court's Order Accepting Findings, Conclusions, and

18    Recommendations of United States Magistrate Judge,

19          IT IS ORDERED AND ADJUDGED that the First Amended Petition is

20    denied, and this action is dismissed with prejudice.

21

22

23    DATED:  06/27/2016

24                                          _____

25                                          PHILIP S. GUTIERREZ
                                            UNITED STATES DISTRICT JUDGE
26

27

28